UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BETTY STUBBS,

        Plaintiff,

vs.                                  Case No. 8:06-CV-2364-T-27TGW

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 10) recommending that the decision of the Defendant Commissioner be **REVERSED** and **REMANDED** for further proceedings. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 10) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    The decision of the Defendant Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

3) The clerk is directed to enter final judgment in favor of Plaintiff pursuant to 42 U.S.C. § 405(g) and *Newsome v. Shalala*, 8 F.3d 775 (11th Cir. 1993).

4) All pending motions are **DENIED** as moot.

5) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 25th day of February, 2008.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record