UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BETTY STUBBS,

      Plaintiff,

vs.                                                    Case No. 8:06-CV-2364-T-27TGW

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 18) recommending that Plaintiff's Unopposed Amended Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. 17) be granted and that Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. 15) be denied as moot. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 18) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    Plaintiff's Unopposed Amended Motion for Award of Attorney's Fees and Costs

Pursuant to the Equal Access to Justice Act (Dkt. 17) is **GRANTED**. Plaintiff is awarded the amount of **$2,112.00** in attorneys' fees and **$350.00** in costs to be paid to Plaintiff's counsel by the Defendant pursuant to 28 U.S.C. § 2412(a)(1), (c)(1), (d)(1)(A),(B).

3) Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. 15) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Tampa, Florida, on this 29th day of July, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record